Name: Fernando Gastelum
Address: 209 W. 9th Street, Casa Grande, AZ 85122
Telephone Number: Number: 520-560-0927
Email: fernandog8899@gmail.com
*Pro se*

FILED
FEB 08 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fernando Gastelum,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Easiness LP,<br><br>　　　　Defendant. | Case No.: 1-22-cv-00166-DAD-BAK<br><br>**COMPLAINT** |

## I.　STATEMENT OF CLAIM

1. My name is Fernando Gastelum. I am 61 years old. I am missing a leg and use a wheelchair for mobility.

2. Defendant owns or operates a public accommodation at 3100 Camino Del Rio Ct., Bakersfield, California 93308. Defendant conducts business there under a fictitious name "DoubleTree by Hilton".

3. I visited there on July 1, 2021.

4. When I came there, I noted that it was not compliant with the Americans with Disabilities Act and the California's civil rights laws and California disabled person's law:

1

    a. Accessible parking is not dispersed to all accessible entrances. This condition makes it more difficult for me to access the hotel through different entrances.

    b. Multiple access aisles do not adjoin an accessible route .This condition makes it more difficult for me to access the lobby and other hotel areas.

    c. There was no access aisle in passenger loading zone. This condition makes it more difficult for me to enter and exit the vehicle with my wheelchair.

    d. Restroom door requires greater than five lbs of force to open. This condition makes it more difficult for me to open the door from my wheelchair.

5. I was denied equal access Defendant because Defendant does not comply with the ADA and California's civil rights law.

6. I will not return back to Defendant's place until it becomes fully compliant with federal and state disability laws. I am deterred from returning.

7. The removal of barriers is readily achievable.

## II. RELIEF I REQUEST

1. Order Defendant business to comply with the ADA and California civil rights law or close it.

2. Order Defendant to pay my cost and expenses. If I retain a lawyer, then also my lawyer's fees.

3. Damages under California law for $4,000 per violation for a total to be determined at a hearing.

4. Other relief that I am entitled to.

## III. REQUEST FOR JURY TRIAL

I request a jury trial.

DATED this 18th day of January, 2022.

_____
Fernando Gastelum