UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EASINESS LP,<br><br>　　　　Defendant. | No. 1:22-cv-00166-DAD-BAK<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT<br><br>(Doc. Nos. 9, 14) |

　　　　Plaintiff Fernando Gastelum is proceeding pro se in this suit against Easiness LP for violations of the American Disabilities Act and other laws. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 28, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's request for entry of default (Doc. No. 9) be denied without prejudice due to plaintiff's failure to comply with Federal Rule of Civil Procedure 55(a). (Doc. No. 14.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) Plaintiff did not file objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

1

court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

    Accordingly,

    1.    The July 28, 2022, findings and recommendations (Doc. No. 14) are adopted in full.

IT IS SO ORDERED.

    Dated:   August 31, 2022                                  

                                                    UNITED STATES DISTRICT JUDGE