UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>    Plaintiff,<br><br>    v.<br><br>EASINESS LP,<br><br>    Defendant. | Case No.: 1:22-cv-00166-ADA-CDB<br><br>ORDER ADOPTING IN PART FINDINGS AND RECOMMENDATIONS AND DENYING WITHOUT PREJUDICE PLAINTIFF'S SECOND REQUEST FOR ENTRY OF DEFAULT<br><br>(ECF Nos. 17-18) |

Plaintiff Fernando Gastelum ("Plaintiff") is proceeding *pro se* in this action against Easiness LP ("Defendant"). (ECF No. 1.) On June 9, 2022, Plaintiff filed a request for entry of default against Defendant. (ECF No. 9.) On July 28, 2022, the assigned magistrate judge found Plaintiff's request for entry of default did not comply with Federal Rule of Civil Procedure 55(a). (ECF No. 14 at 3-4.) The assigned magistrate judge recommended that Plaintiff's request for entry of default be denied without prejudice. (*Id*. at 4.) On September 1, 2022, the Court adopted in full the magistrate judge's findings and recommendations. (ECF No. 16.)

On September 2, 2022, Plaintiff filed a second request for entry of default against Defendant now at issue. (ECF No. 17.) On October 3, 2022, the assigned magistrate judge found Plaintiff's second request for entry of default again did not comply with Federal Rule of Civil Procedure 55(a). (ECF No. 18 at 5-6.) The assigned magistrate judge recommended that Plaintiff's second request for

///

1

entry of default be denied without prejudice and Plaintiff be provided one more opportunity to request for an entry of default judgment.  (*Id*. at 6.)

The Court served the second findings and recommendations to Plaintiff by mail on October 3, 2022.  It advised Plaintiff that any objections had to be filed within fourteen days after service and that the "failure to file objections within the specified time may waive the right to appeal the District Court's order."  (ECF No. 18 at 6 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).)  Plaintiff did not file objections or any other response to the findings and recommendations, and the deadline to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), and Local Rule 304, this Court conducted a *de novo* review of this case.  Having carefully reviewed the entire matter, this Court concludes the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The October 3, 2022, Findings and Recommendations are adopted in part as to the magistrate judge's recommendation Plaintiff's second request for entry of default be denied without prejudice; and

2. Plaintiff shall be provided one more opportunity to request for an entry of default judgment.  If Plaintiff fails to properly serve Defendant by December 14, 2022, or files a third deficient request for entry of default judgment, the Court will dismiss this case without prejudice.

IT IS SO ORDERED.

   Dated:    December 7, 2022                  _____
                                                UNITED STATES DISTRICT JUDGE